IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RACHEL DeMARCUS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-00380-KD-B |
| | ) |
| UNIVERSITY OF SOUTH ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on Plaintiffs Jane Doe 1 and Jane Doe 2's Motion for Leave to Proceed Anonymously (doc. 30). Upon consideration, Defendants shall file any **response** on or before **January 12, 2022** and Plaintiffs Doe 1 and Doe 2 shall file any **reply** on or before **January 19, 2022.**

DONE and ORDERED this the 29th day of December 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE