# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RACHAEL DEMARCUS, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:21-00380-KD-B |
| | ) |
| **UNIVERSITY OF SOUTH ALABAMA, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and here having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 59), dated May 17, 2022, is ADOPTED as the opinion of this Court, with modification, as follows:

1) The motions to dismiss (docs. 41, 42, 52) are dismissed without prejudice as moot;

2) The second amended complaint (doc. 55) is stricken; see Davis v. Coca-Cola Bottling Co. Consol., 516 F.3d 955, 984 (11th Cir. 2008) *abrogated on other grounds by* 556 U.S. 662, 129 S. Ct. 1937, 1949 (2009)) (explaining that the district court "'acting sua sponte, should have struck the plaintiff's [shotgun] complaint . . . and instructed plaintiff's counsel to file a more definite statement'") (quoting Anderson v. Dist. Bd. of Trustees of Central Florida Community College, 77 F.3d 364, 367 (11th Cir.1996)) (bracketed text added) and

3) **Plaintiffs** shall file a **third amended complaint** that is not a shotgun pleading, i.e., a more definite statement, on or before **June 15, 2022**, and **Defendants** shall **answer or otherwise respond** on or before **July 6, 2022.**

**DONE and ORDERED** this the 8th day of June 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE