IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RACHEL DEMARCUS, ALEXIS SILVER, CAITLIN TIPPING, MEAGHAN JONES, HANNAH KAZEE, HANNAH JOHNSON, HANNAH MADDUX, and MADDIE SOBOLESKI,<br><br>　　Plaintiffs,<br><br>　v.<br><br>UNIVERSITY OF SOUTH ALABAMA, ALEXIS MEEKS-RYDELL, JOEL ERDMANN, ROB CHILCOAT, PATRICIA GANDOLFO, JINNI FRISBEY, and CHRIS MOORE,<br><br>　　Defendants. | Case No. 1:21-CV-0380-KD-B |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Rachel DeMarcus, Alexis Silver, Caitlin Tipping, Meaghan Jones, Hannah Kazee, Hannah Johnson, Hannah Maddux, and Maddie Soboleski (each a "Plaintiff," and together, "Plaintiffs"), by and through the undersigned counsel, hereby APPEAL to the United States Court of Appeals for the Eleventh Circuit from this Court's final Judgment (Doc. 75, Ex. A) entered in this action on April 17, 2023.

Dated: May 17, 2023

Respectfully submitted,

*/s/ Eli J. Hare*
Diandra S. Debrosse Zimmermann
Bar No.: ASB-2956-N76D
Eli J. Hare
Bar No.: ASB-1024-T20Q
**DiCello Levitt LLC**
505 20th St N

1

15th Floor
Birmingham, Alabama 35203
fu@dicellolevitt.com
ehare@dicellolevitt.com

Kenneth P. Abbarno
Admitted *Pro Hac Vice*
**DiCello Levitt LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
kabbarno@dicellolevitt.com

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 17th day of May 2023 with the Court and served on the following counsel of record via electronic mail and/or the Court's electronic filing system.

Celia J. Collins
Elizabeth Rehm
JOHNSTONE ADAM LLC
1 St. Louis Centre
1 St. Louis Street, Ste. 4000
Mobile, AL  36602
(251) 432-7682
cjc@johnstoneadams.com
edr@johnstoneadams.com

Mary E. Pilcher, Esquire
STEIN & PILCHER, LLC
Post Office Box 602
Fairhope, AL  36533-0602
mpilcher@mobilebaylaw.com

Windy C. Bitzer, Esquire
Christine Harding Hart, Esquire
HAND ARENDALL HARRISON, SALE, LLC
Post Office Box 123
Mobile, AL  36601
wbitzer@handfirm.com
chart@handfirm.com

/s/ Eli J. Hare_____
Eli J. Hare
Bar No.: ASB-1024-T20Q