# EXHIBIT A

Judgment (Doc. 75) entered on April 17, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RACHEL DEMARCUS**, *et al.*, | * |
|     Plaintiffs, | * |
| | * |
| vs. | * CIVIL ACTION NO. 21-00380-KD-B |
| | * |
| **UNIVERSITY OF SOUTH ALABAMA**, | * |
| *et al.*, | * |
|     Defendants. | * |

### JUDGMENT

In accordance with the Order issued on March 27, 2023 (Doc. 74), it is **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered in favor of the Defendants and against the Plaintiffs as follows: Defendants the University of South Alabama, Joel Erdmann, Jinni Frisbey, Chris Moore, Rob Chilcoat and Patricia Gandolfo's Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 66) and Defendant Alexis Meeks-Rydell's Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 68) are **GRANTED.** Specifically, Plaintiffs' Title IX against University of South Alabama and Substantive Due Process claims against Erdmann, Frisbey, Moore, Chilcoat, Gandolfo, and Meeks-Rydell are **DISMISSED WITH PREJUDICE;** Plaintiffs' breach of contract claim against the University of South Alabama is **DISMISSED WITH PREJUDICE;** and the remaining state law claims Erdmann, Frisbey Moore, Chilcoat, Gandolfo, and Meeks-Rydell against all Defendants are **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this the **17th** day of **April 2023.**

/s/ KRISTI K. DUBOSE
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**