APPEAL,CLOSED2023,JURY,R16MLD

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CIVIL DOCKET FOR CASE #: 1:21−cv−00380−KD−B

| | |
|---|---|
| DeMarcus et al v. University of South Alabama et al | Date Filed: 08/31/2021 |
| Assigned to: District Judge Kristi K. DuBose | Date Terminated: 04/17/2023 |
| Referred to: Magistrate Judge Sonja F. Bivins | Jury Demand: Plaintiff |
| Cause: 20:1681 Title IX Educational Amendments 1992 − Sex Discrimination | Nature of Suit: 448 Civil Rights: Education |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Rachael DeMarcus**  represented by  **Kenneth P. Abbarno**
*TERMINATED: 04/17/2023*                        DiCello Levitt Gutzler LLC
                                                7556 Mentor Ave.
                                                Mentor, OH 44060
                                                440−953−8888
                                                Email: kabbarno@dicellolevitt.com
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*
                                                *Bar Status:*

                                                **Eli Hare**
                                                DiCello Levitt Gutzler
                                                420 20th Street North
                                                Suite 2525
                                                Birmingham, AL 35203
                                                205−855−5700
                                                Fax: 205−855−5784
                                                Email: ehare@dicellolevitt.com
                                                *ATTORNEY TO BE NOTICED*
                                                *Bar Status: Active*

                                                **Diandra S. Debrosse Zimmermann**
                                                DiCello Levitt Gutzler LLC
                                                420 20th Street
                                                Suite 2525
                                                Birmingham, AL 35203
                                                205−855−5700
                                                Fax: 205−855−5784
                                                Email: fu@dicellolevitt.com
                                                *ATTORNEY TO BE NOTICED*
                                                *Bar Status: Active*

**Plaintiff**

**Alexis Silver**  represented by  **Eli Hare**
*TERMINATED: 04/17/2023*                        (See above for address)
                                                *ATTORNEY TO BE NOTICED*
                                                *Bar Status: Active*

|  |  | **Diandra S. Debrosse Zimmermann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
|---|---|---|
| **Plaintiff** |  |  |
| **Hannah Maddux**<br>*TERMINATED: 04/17/2023* | represented by | **Eli Hare**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| **Plaintiff** |  |  |
| **Maddie Soboleski**<br>*TERMINATED: 04/17/2023* | represented by | **Eli Hare**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| **Plaintiff** |  |  |
| **Caitlin Tipping**<br>*TERMINATED: 04/17/2023* | represented by | **Eli Hare**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| **Plaintiff** |  |  |
| **Hannah Johnson**<br>*TERMINATED: 04/17/2023* | represented by | **Eli Hare**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| **Plaintiff** |  |  |
| **Meaghan Jones**<br>*TERMINATED: 04/17/2023* | represented by | **Eli Hare**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| **Plaintiff** |  |  |
| **Hannah Kazee**<br>*TERMINATED: 04/17/2023* | represented by | **Eli Hare**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

V.

**Defendant**

| **University of South Alabama**<br>*TERMINATED: 04/17/2023* | represented by | **Windy Cockrell Bitzer**<br>Hand Arendall Harrison Sale LLC<br>P.O. Box 123 |
|---|---|---|

        Mobile, AL 36601
        251–694–6263
        Fax: 251–544–1604
        Email: wbitzer@handfirm.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*
        *Bar Status: Active*

        **Christine Elizabeth H. Hart**
        Hand Arendall Harrison Sale, LLC
        104 Saint Francis St.
        Mobile, AL 36602
        251–432–5511
        Email: chart@handfirm.com
        *ATTORNEY TO BE NOTICED*
        *Bar Status: Active*

**Defendant**

**Alexis Meeks–Rydell**       represented by       **Celia J. Collins**
*TERMINATED: 04/17/2023*                               Johnstone, Adams, Bailey, Gordon & Harris
        P.O. Box 1988
        Mobile, AL 36633
        251–432–7682
        Fax: 2514322800
        Email: cjc@johnstoneadams.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*
        *Bar Status: Active*

        **Elizabeth D. Rehm**
        Johnstone Adams LLC
        P. O. Box 1988
        Mobile, AL 36633
        251–441–9221
        Fax: 251–432–2800
        Email: edr@johnstoneadams.com
        *ATTORNEY TO BE NOTICED*
        *Bar Status: Active*

        **Mary E. Pilcher**
        Stein and Pilcher, LLC
        P. O. Box 602
        151 N. Bancroft Ave.
        Fairhope, AL 36533–0602
        (251) 210–4557
        Fax: (251) 259–5684
        Email: mpilcher@mobilebaylaw.com
        *TERMINATED: 05/20/2022*
        *ATTORNEY TO BE NOTICED*
        *Bar Status: Active*

**Defendant**

**Robert Chilcoat**
*TERMINATED: 04/17/2023*

represented by **Windy Cockrell Bitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Christine Elizabeth H. Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Patricia Gandolfo**
*TERMINATED: 04/17/2023*

represented by **Windy Cockrell Bitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Christine Elizabeth H. Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Joel Erdmann**
*TERMINATED: 04/17/2023*

represented by **Windy Cockrell Bitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Christine Elizabeth H. Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Jinni Frisbey**
*TERMINATED: 04/17/2023*

represented by **Windy Cockrell Bitzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Christine Elizabeth H. Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Chris Moore**  
*TERMINATED: 04/17/2023*

represented by **Windy Cockrell Bitzer**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*

**Christine Elizabeth H. Hart**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2021 | 1 | COMPLAINT against All Defendants ( Filing fee $402 receipt number AALSDC–2865527, Online Credit Card Payment), filed by All Plaintiffs. 90 day Rule 4m deadline set for 11/29/2021. (Debrosse Zimmermann, Diandra) (Additional attachment(s) added on 9/2/2021: # 1 Civil Cover Sheet) (mpp). (Entered: 08/31/2021) |
| 08/31/2021 | 2 | NOTICE by Rachael DeMarcus, Alexis Silver *Filing Proposed Summons* (Attachments: # 1 Proposed Summons to All Defendants) (Debrosse Zimmermann, Diandra) (Entered: 08/31/2021) |
| 09/02/2021 | 3 | Summons Issued as to Robert Chilcoat, Joel Erdmann, Patricia Gandolfo, Alexis Meeks–Rydell, University of South Alabama. Note to Counsel: The Summons have been issued. Please print copies necessary for service. (mpp) (Entered: 09/02/2021) |
| 09/02/2021 | 4 | Service Order entered 9/2/2021. Plaintiff to notify the Court the action taken to effect service and the results thereof. Service order deadline set to 10/15/2021. Signed by Magistrate Judge Sonja F. Bivins on 9/2/21. (mpp) copy to Pltf (mpp). (Entered: 09/02/2021) |
| 09/02/2021 | 5 | Notice of Assignment to Magistrate Judge for trial. (Attachments: # 1 Request for Reassignment) (mpp) copy to Pltf (Entered: 09/02/2021) |
| 10/04/2021 | 6 | WAIVER OF SERVICE Returned Executed by Rachael DeMarcus, Alexis Silver. University of South Alabama waiver sent on 9/3/2021, answer due 11/2/2021. (Hare, Eli) (Entered: 10/04/2021) |
| 10/05/2021 | 7 | NOTICE of Appearance by Eli Hare on behalf of All Plaintiffs (Hare, Eli) (Entered: 10/05/2021) |
| 10/12/2021 | 8 | AFFIDAVIT of Service for Complaint *and Summons* served on Patricia Gandolfo on 09/28/2021, filed by Rachael DeMarcus, Alexis Silver. (Hare, Eli) (Entered: 10/12/2021) |
| 10/12/2021 | 9 | AFFIDAVIT of Service for Complaint *and Summons* served on Alexis Meeks–Rydell on 09/30/2021, filed by Rachael DeMarcus, Alexis Silver. (Hare, Eli) (Entered: 10/12/2021) |
| 10/12/2021 | 10 | AFFIDAVIT of Service for Complaint *and Summons* served on Robert Chilcoat on 10/08/2021, filed by Rachael DeMarcus, Alexis Silver. (Hare, Eli) (Entered: 10/12/2021) |

| Date | # | Description |
|---|---|---|
| 10/12/2021 | 11 | AFFIDAVIT of Service for Complaint *and Summons* served on Joel Erdmann on 09/30/2021, filed by Rachael DeMarcus, Alexis Silver. (Hare, Eli) (Entered: 10/12/2021) |
| 10/12/2021 | | Answer due from Patricia Gandolfo on 10/19/2021 pursuant to FRCP 12(a) re: Return 8 executed. (mpp) (Entered: 10/13/2021) |
| 10/12/2021 | | Answer due from Joel Erdmann & Alexis Meeks–Rydell on 10/21/2021 pursuant to FRCP 12(a) re: Returns 9 & 11 executed. (mpp) (Entered: 10/13/2021) |
| 10/12/2021 | | Answer due from Robert Chilcoat on 10/29/2021 pursuant to FRCP 12(a) re: Return 10 executed. (mpp) (Entered: 10/13/2021) |
| 10/19/2021 | 12 | MOTION to Dismiss filed by Robert Chilcoat, Joel Erdmann, Patricia Gandolfo, University of South Alabama. (Attachments: # 1 Exhibit A) (Bitzer, Windy) (Entered: 10/19/2021) |
| 10/19/2021 | 13 | NOTICE of Appearance by Christine Elizabeth H. Hart on behalf of Robert Chilcoat, Joel Erdmann, Patricia Gandolfo, University of South Alabama (Hart, Christine) (Entered: 10/19/2021) |
| 10/20/2021 | 14 | MOTION for Extension of Time to File Answer filed by Alexis Meeks–Rydell. (Pilcher, Mary) (Entered: 10/20/2021) |
| 10/20/2021 | 15 | Order Setting Motion Deadlines re: 12 MOTION to Dismiss. Responses due by 11/10/2021 & Replies due by 11/17/2021. Signed by Magistrate Judge Sonja F. Bivins on 10/20/21. (mpp) Copies to counsel (Entered: 10/20/2021) |
| 10/20/2021 | 16 | This action has been transferred from the docket of Magistrate Judge Sonja F. Bivins and is now assigned to the docket of District Judge Kristi K. DuBose and Magistrate Judge Sonja F. Bivins. To insure that your pleadings are referred to the proper Judge and Magistrate Judge with as little delay as possible, please use the letter suffix **KD–B** after the case number on all future pleadings. (mpp) (Entered: 10/20/2021) |
| 10/20/2021 | | MOTIONS REFERRED: 14 MOTION for Extension of Time to File Answer to Judge DuBose. (srd) (Entered: 10/20/2021) |
| 10/21/2021 | 17 | ENDORSED ORDER granting 14 MOTION for Extension of Time as to 1 Complaint. Answer or other response due from Alexis Meeks–Rydell on 11/4/2021. Signed by District Judge Kristi K. DuBose on 10/21/2021. (khc) (Entered: 10/21/2021) |
| 10/21/2021 | | MOTIONS REFERRED: 12 MOTION to Dismiss Referred to Judge Sonja F. Bivins. (srd) (Entered: 10/21/2021) |
| 10/29/2021 | 18 | MOTION and APPLICATION for Kenneth P. Abbarno to Appear Pro Hac Vice. Attorney affirms that a certificate of good standing that complies with *S.D. Ala. GenLR 83.3(d)* is attached. ( Filing fee $ 75, Receipt number AALSDC–2898954, Online Credit Card Payment) filed by All Plaintiffs. (Hare, Eli) (Entered: 10/29/2021) |
| 10/29/2021 | | MOTIONS REFERRED: 18 MOTION and APPLICATION for Kenneth P. Abbarno to Appear Pro Hac Vice. Attorney affirms that a certificate of good standing that complies with *S.D. Al Referred to Judge Sonja F. Bivins. (srd) (Entered: 10/29/2021)* |
| 11/02/2021 | 19 | NOTICE by All Plaintiffs re Motions Referred, (Hare, Eli) (Entered: 11/02/2021) |
| 11/02/2021 | | REFERRAL OF 19 Notice (Other) to Judge Bivins. (srd) (Entered: 11/02/2021) |

| | | |
|---|---|---|
| 11/02/2021 | 20 | ENDORSED ORDER granting Doc. 18 Motion for Kenneth P. Abbarno to Appear Pro Hac Vice. Signed by Magistrate Judge Sonja F. Bivins on 11/2/2021. (bld) (Entered: 11/02/2021) |
| 11/04/2021 | 21 | Joint MOTION for Extension of Time to File *Response and Request for Scheduling Order* filed by Alexis Meeks−Rydell. (Collins, Celia) (Entered: 11/04/2021) |
| 11/04/2021 | | MOTIONS REFERRED: 21 Joint MOTION for Extension of Time to File *Response and Request for Scheduling Order* Referred to Judge Sonja F. Bivins. (srd) (Entered: 11/04/2021) |
| 11/05/2021 | 22 | ORDER granting in part and denying in part parties' motion for extension of time 21 . Upon consideration, and for good cause shown, the undersigned hereby orders as follows: 1) the deadline for Defendant Alexis Meeks−Rydell's Answer or other response is extended to November 19, 2021, 2) the deadline for Plaintiff's response to all motions to dismiss is extended to December 17, 2021, and 3) any replies by Defendants shall be filed no later than January 14, 2022. Signed by Magistrate Judge Sonja F. Bivins on November 5, 2021. (Bivins, Sonja) (Entered: 11/05/2021) |
| 11/05/2021 | 23 | NOTICE of Appearance by Celia J. Collins on behalf of Alexis Meeks−Rydell (Collins, Celia) (Entered: 11/05/2021) |
| 11/05/2021 | 24 | NOTICE of Appearance by Elizabeth D. Rehm on behalf of Alexis Meeks−Rydell (Rehm, Elizabeth) (Entered: 11/05/2021) |
| 11/08/2021 | 25 | Unopposed MOTION to Clarify *November 5, 2021 Order* filed by All Plaintiffs. (Hare, Eli) (Entered: 11/08/2021) |
| 11/09/2021 | | MOTIONS REFERRED: 25 Unopposed MOTION to Clarify *November 5, 2021 Order* Referred to Judge Sonja F. Bivins. (srd) (Entered: 11/09/2021) |
| 11/09/2021 | 26 | ENDORSED ORDER granting Doc. 25 Motion to Clarify. Plaintiffs shall file an amended complaint or other response to all motions to dismiss filed by Defendants on or before December 17, 2021. If Plaintiffs file an amended complaint on or before December 17, 2021, Defendants shall file all pleadings or motions in response to Plaintiffs' amended complaint on or before January 14, 2022. If Plaintiffs do not file an amended complaint and instead file a response to Defendants' motion(s) to dismiss, any replies by Defendants shall be filed no later than January 14, 2022. Signed by Magistrate Judge Sonja F. Bivins on 11/9/2021. (bld) (Entered: 11/09/2021) |
| 11/19/2021 | 27 | MOTION to Dismiss *Defendant Partial Motion to Dismissed* filed by Alexis Meeks−Rydell. (Collins, Celia) (Entered: 11/19/2021) |
| 11/19/2021 | 28 | ANSWER to 1 Complaint, by Alexis Meeks−Rydell. (Collins, Celia) (Entered: 11/19/2021) |
| 11/22/2021 | 29 | PRELIMINARY SCHEDULING ORDER entered. Rule 26 Meeting Report due by 1/6/2022. Signed by Magistrate Judge Sonja F. Bivins on 11/22/2021. (Attachments: # 1 Consent Form) (srd) (Entered: 11/22/2021) |
| 11/22/2021 | | MOTIONS REFERRED: 27 MOTION to Dismiss *Defendant Partial Motion to Dismissed* Referred to Judge Sonja F. Bivins. (srd) (Entered: 11/22/2021) |
| 12/17/2021 | 30 | MOTION Motion for Leave to Proceed Anonymously filed by Jane Doe 1, Jane Doe 2. (Hare, Eli) (Entered: 12/17/2021) |
| 12/17/2021 | 31 | |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT against All Defendants, filed by All Plaintiffs. (Hare, Eli) (Entered: 12/17/2021) |
| 12/20/2021 | | MOTIONS REFERRED: 30 MOTION Motion for Leave to Proceed Anonymously to Judge DuBose (nah) (Entered: 12/20/2021) |
| 12/28/2021 | 32 | ENDORSED ORDER finding as moot Doc. 12 Motion to Dismiss. Per the parties' agreements (Docs. 21, 25), Defendants' Motion to Dismiss is rendered moot by the filing of Plaintiffs' First Amended Complaint. Signed by Magistrate Judge Sonja F. Bivins on 12/28/2021. (bld) (Entered: 12/28/2021) |
| 12/28/2021 | 33 | ENDORSED ORDER finding as moot Doc. 27 Partial Motion to Dismiss. Per the parties' agreements (Docs. 21, 25), Defendant's Partial Motion to Dismiss is rendered moot by the filing of Plaintiffs' First Amended Complaint. Signed by Magistrate Judge Sonja F. Bivins on 12/28/2021. (bld) (Entered: 12/28/2021) |
| 12/29/2021 | 34 | Order re: 30 MOTION for Leave to Proceed Anonymously filed by Jane Doe 2, Jane Doe 1. Defendant shall file any response on or before 1/12/2022 and Plaintiffs shall file any reply on or before 1/19/2022. Signed by District Judge Kristi K. DuBose on 12/29/2021. (srd) (Entered: 12/29/2021) |
| 01/05/2022 | 35 | Joint MOTION for Extension of Time *re: Preliminary Scheduling Order Deadlines* filed by Robert Chilcoat, Joel Erdmann, Patricia Gandolfo, University of South Alabama. (Bitzer, Windy) (Entered: 01/05/2022) |
| 01/06/2022 | | MOTIONS REFERRED: 35 Joint MOTION for Extension of Time *re: Preliminary Scheduling Order Deadlines* Referred to Judge Sonja F. Bivins. (srd) (Entered: 01/06/2022) |
| 01/06/2022 | 36 | Order re: 35 Joint MOTION (Status Conference by phone set for 1/13/2022 at 10:00 AM before Magistrate Judge Sonja F. Bivins.) Telephone call–in information: 571–353–2301 (Guest ID: 002111801#). Signed by Magistrate Judge Sonja F. Bivins on 1/6/22. (mpp) Copies to counsel (Entered: 01/06/2022) |
| 01/12/2022 | 37 | RESPONSE to Motion re: 30 MOTION Motion for Leave to Proceed Anonymously filed by Robert Chilcoat, Joel Erdmann, Patricia Gandolfo, University of South Alabama. (Bitzer, Windy) (Entered: 01/12/2022) |
| 01/12/2022 | 38 | RESPONSE in Opposition re 30 MOTION Motion for Leave to Proceed Anonymously filed by Alexis Meeks–Rydell. (Collins, Celia) (Entered: 01/12/2022) |
| 01/13/2022 | | REFERRAL OF 37 Response to Motion and 38 Response in Opposition to Motion, to Judge DuBose. (srd) (Entered: 01/13/2022) |
| 01/13/2022 | 39 | ENDORSED ORDER granting in part and denying in part Defendants' Motion to Extend Preliminary Scheduling Order Deadlines 35 . For the reasons discussed during the status conference on January 13, 2022, the deadlines in the Preliminary Scheduling Order are hereby suspended until further notice. Signed by Magistrate Judge Sonja F. Bivins on January 13, 2022. (Bivins, Sonja) (Entered: 01/13/2022) |
| 01/13/2022 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Telephone Status Conference held on 1/13/2022. DCR Digital Audio Recording. (srd) (Entered: 01/13/2022) |
| 01/14/2022 | 41 | MOTION to Dismiss *Amended Complaint* filed by Alexis Meeks–Rydell. (Collins, Celia) (Entered: 01/14/2022) |

| | | |
|---|---|---|
| 01/14/2022 | 42 | MOTION to Dismiss *First Amended Complaint* filed by Robert Chilcoat, Joel Erdmann, Patricia Gandolfo, University of South Alabama. (Attachments: # 1 Exhibit A) (Bitzer, Windy) (Entered: 01/14/2022) |
| 01/14/2022 | 43 | ANSWER to 31 Amended Complaint by Alexis Meeks−Rydell. (Collins, Celia) (Entered: 01/14/2022) |
| 01/18/2022 | | MOTIONS REFERRED: 41 MOTION to Dismiss *Amended Complaint* and 42 MOTION to Dismiss *First Amended Complaint*. Referred to Judge Sonja F. Bivins. (srd) (Entered: 01/18/2022) |
| 01/18/2022 | 44 | Order re: 41 MOTION to Dismiss *Amended Complaint* filed by Alexis Meeks−Rydell and 42 MOTION to Dismiss *First Amended Complaint* filed by Patricia Gandolfo, Robert Chilcoat, Joel Erdmann, University of South Alabama. Plaintiffs are ORDERED to respond to the motions on or before 2/8/2022. Any replies by Defendants shall be filed by 2/15/2022. Signed by Magistrate Judge Sonja F. Bivins on 01/18/2022. (srd) (Entered: 01/18/2022) |
| 01/19/2022 | 45 | REPLY to 38 Response in Opposition to Motion, 37 Response to Motion filed by Rachael DeMarcus, Jane Doe 1, Jane Doe 2, Hannah Johnson, Meaghan Jones, Hannah Kazee, Alexis Silver, Caitlin Tipping. (Hare, Eli) (Entered: 01/19/2022) |
| 01/20/2022 | | REFERRAL OF 45 Reply to Judge DuBose. (srd) (Entered: 01/20/2022) |
| 02/08/2022 | 46 | Order DENYING 30 Motion for Leave to Proceed Anonymously filed by Jane Doe 2, Jane Doe 1. Plaintiffs are ORDERED to amend their Complaint by 2/22/2022 as set out. Signed by District Judge Kristi K. DuBose on 02/08/2022. (srd) (Entered: 02/08/2022) |
| 02/08/2022 | 47 | RESPONSE in Opposition re 41 MOTION to Dismiss *Amended Complaint* filed by Rachael DeMarcus, Jane Doe 1, Jane Doe 2, Hannah Johnson, Meaghan Jones, Hannah Kazee, Alexis Silver, Caitlin Tipping. (Debrosse Zimmermann, Diandra) (Entered: 02/08/2022) |
| 02/08/2022 | 48 | RESPONSE in Opposition re 42 MOTION to Dismiss *First Amended Complaint* filed by Rachael DeMarcus, Jane Doe 1, Jane Doe 2, Hannah Johnson, Meaghan Jones, Hannah Kazee, Alexis Silver, Caitlin Tipping. (Debrosse Zimmermann, Diandra) (Entered: 02/08/2022) |
| 02/09/2022 | | REFERRAL OF 47 Response in Opposition to Motion, and 48 Response in Opposition to Motion to Judge Bivins. (srd) (Entered: 02/09/2022) |
| 02/15/2022 | 49 | MOTION for Extension of Time filed by Alexis Meeks−Rydell. (Rehm, Elizabeth) (Entered: 02/15/2022) |
| 02/15/2022 | 50 | ENDORSED ORDER granting Doc. 49 Motion for Extension of Time. Reply due from Defendant Alexis Meeks−Rydell by 2/18/2022. Signed by Magistrate Judge Sonja F. Bivins on 2/15/2022. (bld) (Entered: 02/15/2022) |
| 02/15/2022 | 51 | REPLY to Response to Motion 42 filed by Robert Chilcoat, Joel Erdmann, Patricia Gandolfo, University of South Alabama. (Bitzer, Windy) (Entered: 02/15/2022) |
| 02/16/2022 | | REFERRAL OF 51 Reply to Response to Motion to Judge Bivins. (srd) (Entered: 02/16/2022) |
| 02/18/2022 | 52 | MOTION to Dismiss *First Amended Complaint* filed by Jinni Frisbey, Chris Moore. (Bitzer, Windy) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | 53 | REPLY to Response to Motion 41 *for Partial Dismissal* filed by Alexis Meeks−Rydell. (Rehm, Elizabeth) (Entered: 02/18/2022) |
| 02/21/2022 | 54 | NOTICE of Appearance by Christine Elizabeth H. Hart on behalf of Jinni Frisbey, Chris Moore (Hart, Christine) (Entered: 02/21/2022) |
| 02/22/2022 | 55 | SECOND AMENDED COMPLAINT against All Defendants, filed by All Plaintiffs. (Hare, Eli) (Entered: 02/22/2022) |
| 02/22/2022 | | REFERRAL OF 53 Reply to Response to Motion, 52 MOTION to Dismiss *First Amended Complaint* to Judge Bivins. (meh) (Entered: 02/22/2022) |
| 02/24/2022 | 56 | Order re: 52 MOTION to Dismiss *First Amended Complaint*. Plaintiffs are ORDERED to file a response to the motion on or before March 14, 2022. Any reply by Defendants shall be filed by March 21, 2022. Signed by Magistrate Judge Sonja F. Bivins on 02/24/2022. (fz) (Entered: 02/24/2022) |
| 03/14/2022 | 57 | RESPONSE in Opposition re 52 MOTION to Dismiss *First Amended Complaint* filed by Rachael DeMarcus, Jane Doe 1, Jane Doe 2, Hannah Johnson, Meaghan Jones, Hannah Kazee, Alexis Silver, Caitlin Tipping. (Debrosse Zimmermann, Diandra) (Main Document 57 replaced on 3/14/2022) (srd). (Entered: 03/14/2022) |
| 03/14/2022 | | REFERRAL OF 57 Response in Opposition to Motion, to Judge Bivins. (srd) (Entered: 03/14/2022) |
| 03/21/2022 | 58 | REPLY Brief filed by Defendants Jinni Frisbey, Chris Moore re: 52 MOTION to Dismiss *First Amended Complaint* filed by Jinni Frisbey, Chris Moore. (Hart, Christine) (Entered: 03/21/2022) |
| 03/22/2022 | | REFERRAL OF 58 Reply Brief to Judge Bivins. (meh) (Entered: 03/22/2022) |
| 05/17/2022 | 59 | REPORT AND RECOMMENDATIONS re 41 MOTION to Dismiss *Amended Complaint* filed by Alexis Meeks−Rydell, 42 MOTION to Dismiss *First Amended Complaint* filed by Patricia Gandolfo, Robert Chilcoat, Joel Erdmann, University of South Alabama, and 52 MOTION to Dismiss *First Amended Complaint* filed by Chris Moore, Jinni Frisbey. It is RECOMMENDED that Defendants' motions to dismiss be DENIED without prejudice as moot, that Plaintiffs' second amended complaint (doc. 55 ) be DIMISSED without prejudice, and that Plaintiffs be ordered to file a third amended complaint, as set out. Objections to R&R due 14 days from the date of service of this document. Signed by Magistrate Judge Sonja F. Bivins on 5/17/2022. (meh) (Entered: 05/17/2022) |
| 05/19/2022 | 60 | MOTION to Withdraw filed by Alexis Meeks−Rydell. (Pilcher, Mary) (Entered: 05/19/2022) |
| 05/20/2022 | | MOTIONS REFERRED: 60 MOTION to Withdraw Referred to Judge Sonja F. Bivins. (meh) (Entered: 05/20/2022) |
| 05/20/2022 | 61 | ENDORSED ORDER granting Doc. 60 Motion to Withdraw as Counsel. Signed by Magistrate Judge Sonja F. Bivins on 5/20/2022. (bld) (Entered: 05/20/2022) |
| 06/01/2022 | | MOTIONS REFERRED: 59 REPORT AND RECOMMENDATIONS referred to Judge DuBose. (meh) (Entered: 06/01/2022) |
| 06/08/2022 | 62 | Order ADOPTING 59 REPORT AND RECOMMENDATIONS. The motions to dismiss (docs. 41 , 42 , 52 ) are dismissed without prejudice as moot. The second amended complaint (doc. 55 ) is stricken. Plaintiffs shall file a third amended |

| | | |
|---|---|---|
| | | complaint that is not a shotgun pleading on or before 6/15/2022. Defendants shall answer or otherwise respond by 7/6/2022. Signed by District Judge Kristi K. DuBose on 6/8/2022. (meh) (Entered: 06/08/2022) |
| 06/15/2022 | 63 | AMENDED COMPLAINT *(THIRD)* against All Defendants, filed by All Plaintiffs. (Hare, Eli) **CORRECTED THIRD AMENDED COMPLAINT FILED AT DOC. 64** Modified on 6/16/2022 (meh). (Entered: 06/15/2022) |
| 06/15/2022 | 64 | AMENDED COMPLAINT *(THIRD)* against All Defendants, filed by All Plaintiffs. (Hare, Eli) (Entered: 06/15/2022) |
| 07/06/2022 | 65 | Unopposed MOTION for Extension of Time to File Response/Reply as to 64 Amended Complaint filed by Alexis Meeks–Rydell. (Rehm, Elizabeth) (Entered: 07/06/2022) |
| 07/06/2022 | | MOTIONS REFERRED: 65 Unopposed MOTION for Extension of Time to File Response/Reply as to 64 Amended Complaint to Judge DuBose. (meh) (Entered: 07/06/2022) |
| 07/06/2022 | 66 | MOTION to Dismiss *Third Amended Complaint* filed by Robert Chilcoat, Joel Erdmann, Jinni Frisbey, Patricia Gandolfo, Chris Moore, University of South Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Bitzer, Windy) (Entered: 07/06/2022) |
| 07/06/2022 | | MOTIONS REFERRED: 66 MOTION to Dismiss *Third Amended Complaint* Referred to Judge Sonja F. Bivins. (meh) (Entered: 07/06/2022) |
| 07/07/2022 | 67 | ENDORSED ORDER granting 65 Defendant Alexis Meeks–Rydell's unopposed Motion for Extension of Time to File Response as to 64 Third Amended Complaint . Answer or other response shall be due July 8, 2022. Signed by District Judge Kristi K. DuBose on 7/7/2022. (khc) (Entered: 07/07/2022) |
| 07/08/2022 | 68 | MOTION to Dismiss *Third Amended Complaint* filed by Alexis Meeks–Rydell. (Collins, Celia) (Entered: 07/08/2022) |
| 07/11/2022 | | MOTIONS REFERRED: 68 MOTION to Dismiss *Third Amended Complaint* Referred to Judge Sonja F. Bivins. (meh) (Entered: 07/11/2022) |
| 07/12/2022 | 69 | Order re: 66 & 68 MOTIONS to Dismiss *Third Amended Complaint*. Plaintiffs are ORDERED to respond to the motions on or before 8/2/2022. Any replies by Defendants shall be filed by 8/12/2022. Signed by Magistrate Judge Sonja F. Bivins on 07/12/2022. (srd) (Entered: 07/12/2022) |
| 08/02/2022 | 70 | RESPONSE in Opposition re 68 MOTION to Dismiss *Third Amended Complaint* filed by Rachael DeMarcus, Hannah Johnson, Meaghan Jones, Hannah Kazee, Hannah Maddux, Alexis Silver, Maddie Soboleski, Caitlin Tipping. (Hare, Eli) (Entered: 08/02/2022) |
| 08/02/2022 | 71 | RESPONSE in Opposition re 66 MOTION to Dismiss *Third Amended Complaint* filed by Rachael DeMarcus, Hannah Johnson, Meaghan Jones, Hannah Kazee, Hannah Maddux, Alexis Silver, Maddie Soboleski, Caitlin Tipping. (Hare, Eli) (Entered: 08/02/2022) |
| 08/03/2022 | | REFERRAL OF 71 Response in Opposition to Motion, 70 Response in Opposition to Motion to Judge Bivins. (meh) (Entered: 08/03/2022) |
| 08/12/2022 | 72 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion 66 filed by Robert Chilcoat, Joel Erdmann, Jinni Frisbey, Patricia Gandolfo, Chris Moore, University of South Alabama. (Bitzer, Windy) (Entered: 08/12/2022) |
| 08/12/2022 | 73 | REPLY to Response to Motion 68 *to Dismiss Third Amended Complaint* filed by Alexis Meeks−Rydell. (Rehm, Elizabeth) (Entered: 08/12/2022) |
| 08/15/2022 | | REFERRAL OF 72 Reply to Response to 66 Motion, and 73 Reply to Response to 68 Motion to Judge Bivins. (meh) (Entered: 08/15/2022) |
| 03/27/2023 | 74 | Order GRANTING 66 MOTION to Dismiss *Third Amended Complaint* filed by Chris Moore, Jinni Frisbey, Patricia Gandolfo, Robert Chilcoat, Joel Erdmann, University of South Alabama and 68 MOTION to Dismiss *Third Amended Complaint* filed by Alexis Meeks−Rydell. Plaintiffs' Title IX against University of South Alabama and Substantive Due Process claims against Erdmann, Frisbey, Moore, Chilcoat, Gandolfo and Meeks−Rydell are DISMISSED WITH PREJUDICE. Plaintiffs' breach of contract claim against the University of South Alabama is DISMISSED WITH PREJUDICE, and the remaining state law claims against all Defendants are DISMISSED WITHOUT PREJUDICE. Signed by District Judge Kristi K. DuBose on 3/27/2023. (meh) (Entered: 03/27/2023) |
| 04/17/2023 | 75 | JUDGMENT: It is ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of the Defendants and against the Plaintiffs in accordance with the Order issued on March 27, 2023 (Doc. 74 ), as set out. Signed by District Judge Kristi K. DuBose on 03/17/2023. (cjr) (Entered: 04/17/2023) |
| 05/17/2023 | 76 | NOTICE OF APPEAL as to 75 Judgment, by Rachael DeMarcus, Hannah Johnson, Meaghan Jones, Hannah Kazee, Hannah Maddux, Alexis Silver, Maddie Soboleski, Caitlin Tipping. ( Filing fee $505 receipt number AALSDC−3202141, Online Credit Card Payment.) (Attachments: # 1 Exhibit Exhibit A) (Hare, Eli) (Entered: 05/17/2023) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RACHEL DEMARCUS,** *et al.*, | * |
| Plaintiffs, | * |
| | * |
| vs. | * CIVIL ACTION NO. 21-00380-KD-B |
| | * |
| **UNIVERSITY OF SOUTH ALABAMA,** | * |
| *et al.*, | * |
| Defendants. | * |

**JUDGMENT**

In accordance with the Order issued on March 27, 2023 (Doc. 74), it is **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered in favor of the Defendants and against the Plaintiffs as follows: Defendants the University of South Alabama, Joel Erdmann, Jinni Frisbey, Chris Moore, Rob Chilcoat and Patricia Gandolfo's Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 66) and Defendant Alexis Meeks-Rydell's Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 68) are **GRANTED.** Specifically, Plaintiffs' Title IX against University of South Alabama and Substantive Due Process claims against Erdmann, Frisbey, Moore, Chilcoat, Gandolfo, and Meeks-Rydell are **DISMISSED WITH PREJUDICE;** Plaintiffs' breach of contract claim against the University of South Alabama is **DISMISSED WITH PREJUDICE;** and the remaining state law claims Erdmann, Frisbey Moore, Chilcoat, Gandolfo, and Meeks-Rydell against all Defendants are **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this the **17th** day of **April 2023.**

/s/ KRISTI K. DUBOSE
**KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RACHEL DEMARCUS, ALEXIS SILVER, CAITLIN TIPPING, MEAGHAN JONES, HANNAH KAZEE, HANNAH JOHNSON, HANNAH MADDUX, and MADDIE SOBOLESKI,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF SOUTH ALABAMA, ALEXIS MEEKS-RYDELL, JOEL ERDMANN, ROB CHILCOAT, PATRICIA GANDOLFO, JINNI FRISBEY, and CHRIS MOORE,**<br><br>Defendants. | Case No. 1:21-CV-0380-KD-B |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Rachel DeMarcus, Alexis Silver, Caitlin Tipping, Meaghan Jones, Hannah Kazee, Hannah Johnson, Hannah Maddux, and Maddie Soboleski (each a "Plaintiff," and together, "Plaintiffs"), by and through the undersigned counsel, hereby APPEAL to the United States Court of Appeals for the Eleventh Circuit from this Court's final Judgment (Doc. 75, Ex. A) entered in this action on April 17, 2023.

Dated: May 17, 2023

Respectfully submitted,

*/s/ Eli J. Hare*
Diandra S. Debrosse Zimmermann
Bar No.: ASB-2956-N76D
Eli J. Hare
Bar No.: ASB-1024-T20Q
**DiCello Levitt LLC**
505 20th St N

1

15th Floor
Birmingham, Alabama 35203
fu@dicellolevitt.com
ehare@dicellolevitt.com

Kenneth P. Abbarno
Admitted *Pro Hac Vice*
**DICELLO LEVITT LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
kabbarno@dicellolevitt.com

***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 17th day of May 2023 with the Court and served on the following counsel of record via electronic mail and/or the Court's electronic filing system.

Celia J. Collins
Elizabeth Rehm
JOHNSTONE ADAM LLC
1 St. Louis Centre
1 St. Louis Street, Ste. 4000
Mobile, AL  36602
(251) 432-7682
cjc@johnstoneadams.com
edr@johnstoneadams.com

Mary E. Pilcher, Esquire
STEIN & PILCHER, LLC
Post Office Box 602
Fairhope, AL  36533-0602
mpilcher@mobilebaylaw.com

Windy C. Bitzer, Esquire
Christine Harding Hart, Esquire
HAND ARENDALL HARRISON, SALE, LLC
Post Office Box 123
Mobile, AL  36601
wbitzer@handfirm.com
chart@handfirm.com

                                            */s/ Eli J. Hare*_____
                                            Eli J. Hare
                                            Bar No.: ASB-1024-T20Q

# EXHIBIT A

Judgment (Doc. 75) entered on April 17, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RACHEL DEMARCUS,** *et al.*, | * |
| Plaintiffs, | * |
| | * |
| vs. | * CIVIL ACTION NO. 21-00380-KD-B |
| | * |
| **UNIVERSITY OF SOUTH ALABAMA,** | * |
| *et al.*, | * |
| Defendants. | * |

### JUDGMENT

In accordance with the Order issued on March 27, 2023 (Doc. 74), it is **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered in favor of the Defendants and against the Plaintiffs as follows: Defendants the University of South Alabama, Joel Erdmann, Jinni Frisbey, Chris Moore, Rob Chilcoat and Patricia Gandolfo's Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 66) and Defendant Alexis Meeks-Rydell's Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 68) are **GRANTED.** Specifically, Plaintiffs' Title IX against University of South Alabama and Substantive Due Process claims against Erdmann, Frisbey, Moore, Chilcoat, Gandolfo, and Meeks-Rydell are **DISMISSED WITH PREJUDICE;** Plaintiffs' breach of contract claim against the University of South Alabama is **DISMISSED WITH PREJUDICE;** and the remaining state law claims Erdmann, Frisbey Moore, Chilcoat, Gandolfo, and Meeks-Rydell against all Defendants are **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this the **17th** day of **April 2023.**

/s/ KRISTI K. DUBOSE
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**